

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Court, with consent of all parties, excludes time from September 16, 2021 until September 21, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time until September 21 will allow the defendant to continue to review the discovery that has been produced to date and for the parties to discuss a potential pretrial disposition.  9/15/2021
>
> SO ORDERED.
>
> *LEWIS J. LIMAN*
> United States District Judge

Re: *United States v. Hakim*, 21 Cr. 259 (LJL)

Dear Judge Liman:

      The Government writes, with consent of defense counsel, to respectfully request that the Court exclude time from calculation under the Speedy Trial Act from September 16, 2021 through September 21, 2021, when the arraignment and initial conference are scheduled in this case. Such an exclusion will be in the interests of justice because it will provide an opportunity for the defendant to continue reviewing the discovery that has been produced to date and for the parties to discuss a potential pretrial disposition.

      Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Stephanie Lake
Assistant United States Attorney
(212) 637-1066

Cc: Ian Marcus Amelkin (by ECF)