UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA           :     **TRANSPORTATION ORDER**

    - v -                            :     21 Cr. 259 (LJL)

TIMY HAKIM,                        :

              Defendant.     :

-----------------------------------x

Upon the application of **Timy Hakim**, by his attorney, **Ian Marcus Amelkin, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Timy Hakim with funds to cover the cost of travel between New York, New York and Dearborn Heights, Michigan following the satisfaction of his bail conditions, to travel on Wednesday, October 13, 2021 no earlier than at 12:30pm; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York            **SO ORDERED:**
       October 13, 2021

_____
HONORABLE SARAH NETBURN
United States Magistrate Judge