U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

**VIA ECF**

REQUEST GRANTED.
The Court approves the temporary modification to bail as proposed.

11/23/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Hakim**, 21 Cr. 259 (LJL)

Dear Judge Liman:

The defense writes to respectfully request the Court temporarily modify Mr. Hakim's bail conditions to allow him to travel to his daughter's house in Allen Park, Michigan (about 30 minutes from his home) on Thanksgiving Day. He plans to be there from 11 AM to 10 PM at night. The Government does not object and Pretrial defers to the Court.

Respectfully submitted,

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8733

Cc:   AUSA Stephanie Lake, Esq.