**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 24, 2021

**VIA ECF**

REQUEST GRANTED.
The Court approves the temporary modification to bail conditions as proposed.

12/28/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Hakim**, 21 Cr. 259 (LJL)

Dear Judge Liman:

      The defense writes to respectfully request the Court temporarily modify Mr. Hakim's bail conditions to allow Pretrial Services to remove his ankle monitor while he receives an MRI on January 4, 2022. His Pretrial Officer will remove the device on the day of the procedure and place it back on him when the procedure has concluded. Mr. Hakim's Pretrial Officer has informed the defense that a Court order is needed for this action.

Respectfully submitted,

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8733

Cc:   AUSA Stephanie Lake, Esq.