U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2021

**VIA ECF**

REQUEST GRANTED.
The Court approves the temporary modification to bail conditions as proposed.

1/3/2022  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Hakim**, 21 Cr. 259 (LJL)

Dear Judge Liman:

    The defense writes at the request of Pretrial Services to respectfully request the Court modify its order allowing Pretrial Services to remove Mr. Hakim's ankle monitor while he receives an MRI tomorrow on January 4, 2022. His Pretrial Officer requests that the Court allow her to take off the device tomorrow and then return it back on him the next day rather than after the procedure. The Government has no objection.

Respectfully submitted,

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8733

Cc:   AUSA Stephanie Lake, Esq.