Federal Defenders OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 17, 2022

**REQUEST GRANTED.**
The Court approves Mr. Hakim's conditions of release to be temporary modified as proposed.

2/18/2022 SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**VIA ECF**

The Honorable Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** **United States v. Timy Hakim**
 **21 Cr. 259 (LJL)**

Dear Judge Liman:

    Mr. Hakim respectfully requests temporary modification of his conditions of release so that he may travel to Kalamazoo, Michigan to referee the youth State Wrestling Championship.[1] Mr. Hakim is employed as a wresting referee. Mr. Hakim will stay overnight in the Western District of Michigan starting at noon on February 26th, 2022 and would return home by 11:30 pm on February 27th, 2022. Mr. Hakim will be sleeping in a hotel arranged by the organizers of the wresting tournament approximately two hours by car from his home. Pretrial does not object to this request and recommends that Mr. Hakim be allowed to temporarily disconnect (but not remove) his ankle monitor while on the trip. The Government also does not object.

    Mr. Hakim is supervised by a Pretrial Services Officer in the Eastern District of Michigan who will be given the details of Mr. Hakim's travel plans. Thank you for your consideration of this matter.

Respectfully submitted,
/s/

Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc: AUSA Stephanie Lake, Esq.

---

[1] Mr. Hakim is released on a $200,000 bond secured by $100,000 property and cosigned by three financially responsible people. His travel is restricted to the Eastern District of Michigan and the Southern and Eastern Districts of New York, including points of travel in between, and he is subject to home detention, location monitoring technology, and other usual conditions.