

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MOTION GRANTED IN PART AS MODIFIED.**
Defendant's bail conditions are modified to allow him to travel to the New York Area from Wednesday April 27, 2022 to Monday May 2, 2022, as requested and limited to the proposed itinerary subject to the further conditions that defendant SHALL NOT remove his monitoring device in Michigan or elsewhere and shall travel with it, and shall be subject to electronic monitoring to ensure his compliance with the terms of the modified release order. The defendant shall provide his pretrial services officer in Michigan, by one week before his travel, the addresses where he will be staying in Newark and where he will be meeting with his client, and that he shall travel to no other locations other than the client's hotel and Madison Square Garden (on April 28), the home in Newark (on April 27, and April 29-May 1), and his counsel at the Federal Defenders office in New York (on May 2) and to and from the airport on April 27 and May 2, respectively.

4/8/2022 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

April 1, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Hakim, 21 Cr. 259 (LJL)**

Dear Judge Liman:

The defense writes to respectfully request the Court temporarily modify Mr. Hakim's bail conditions to allow him to travel to travel to the New York area from Wednesday, April 27 to Monday, May 2, 2022. Mr. Hakim's proposed itinerary is as follows:

1) Wednesday, April 27: fly in the evening from Michigan to New York. Mr. Hakim will stay at a verified address in Newark, NJ with his childhood friend who is currently employed by the United States Department of Defense.

2) Thursday, April 28: Mr. Hakim will meet with his client Damini Ebunoluwa Ogulu (AKA Burna Boy), a Nigerian recording artist, at Mr. Ogulu's hotel. Prior to his arrest, Mr. Hakim worked producing music videos and promoting music in South Africa. Mr. Ogulu is Mr. Hakim's most successful client. After the meeting, Mr. Hakim will attend Mr. Ogulu's performance at Madison Square Garden. Mr. Ogulu has invited Mr. Hakim to attend the show as his guest. Mr. Ogulu is set to be the first Nigerian artist to headline a show at Madison Square Garden.[1]

[1] See H. Mamo, "Burna Boy to Be First Nigerian Artist to Headline NYC's Madison Square Garden," Billboard (Dec. 10, 2021) (available at https://www.billboard.com/music/music-news/burna-boy-madison-square-garden-first-nigerian-headliner-1235004930/) (last visited Mar. 30, 2022)).

3) Friday, April 29 – Sunday, May 1: Mr. Hakim will stay in the home of his friend and not leave.

4) Monday, May 2: Mr. Hakim will meet with counsel at the Federal Defenders of New York office to discuss his case. Following the meeting he will fly back to Michigan in the afternoon. Counsel is not available to meet with Mr. Hakim on Friday, April 29 because of a previously planned vacation.

Should the Court approve the trip, Mr. Hakim will follow all of Pretrial Services instructions. If Pretrial wishes, he can visit the Southern District office on Thursday and install new electronic monitoring equipment at his friend's house in Newark for the length of the trip and return it to the Pretrial offices on Monday, May 2. As with his overnight trip to referee a wrestling match, Mr. Hakim would remove his device in Michigan prior to traveling and reinstall it when he arrives back in Michigan.

Mr. Hakim's pretrial officer in Michigan confirms that he is fully compliant with all the terms of his pretrial release. He continues to be employed at an electronics retail store and as a wrestling referee. His Michigan pretrial officer defers to the Court on whether to approve this trip. New York's Pretrial Services and the Government do not object to Mr. Hakim traveling to New York to meet with counsel but objects to Mr. Hakim meeting with Mr. Ogulu and attending his concert.

Given that Mr. Hakim has been fully compliant with all the terms of his pretrial release and his meeting with Mr. Ogulu and attending his concert are tied to Mr. Hakim's business as a music video producer and music promoter, the defense respectfully requests the Court approve the trip in full.

Respectfully submitted,

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8733

Cc: AUSA Stephanie Lake, Esq.