

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Motion Hearing scheduled for June 9, 2022 is canceled. The Court does not plan on scheduling a status conference in advance of the final pretrial conference unless parties raise issues for the Court to address.
>
> 6/8/2022   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Hakim*, 21 Cr. 259 (LJL)

Dear Judge Liman:

The Government writes, with consent of counsel for the defendant, to respectfully request that the Court adjourn the motion hearing scheduled for June 9, 2022 at 2:00.  The defendant did not file any pre-trial motions, and the parties do not currently have any issues to raise with the Court at a status conference.  The parties will contact the Court's deputy should any issues arise that require the Court's attention in advance of the final pre-trial conference, which has been scheduled for November 30, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Stephanie Lake
Assistant United States Attorney
(212) 637-1066

Cc:   Ian Marcus Amelkin (by ECF)