# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 18, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**REQUEST GRANTED.**
The Court approves Mr. Hakim's bail conditions to be modified to remove the condition of home detention as proposed.

7/18/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**RE:   United States v. Timy Hakim**
        21 Cr. 259 (LJL)

Dear Judge Liman:

I write with the consent of the Government and Pretrial Services to respectfully request the Court modify Mr. Hakim's bail conditions as follows:

1) Remove the condition of home detention. Mr. Hakim will remain on location monitoring, but he will be free to travel within his district of residence without restriction.

Mr. Hakim is working multiple jobs, including now driving for Uber & Lyft. He has qualified for Uber's prestigious Tesla program based upon his excellent performance with the company thus far. This modification will allow him to work more hours so that he can save money so that he can afford for his family to move from South Africa to live with him in Michigan. Thank you for the Court's consideration.

Respectfully submitted,

s/
Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Vlad Vainberg, Esq.