U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2022

REQUEST GRANTED.
The Court approves Mr. Hakim's bail conditions to be modified as proposed to allow him to travel to the Western District of Michigan for the purposes of work.

9/27/2022    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Hakim, 21 Cr. 259 (LJL)

Dear Judge Liman:

    The defense writes with the consent of Pretrial Services and the Government to respectfully request the Court modify Mr. Hakim's bail conditions to allow him to travel to the Western District of Michigan for the purposes of work. Mr. Hakim is driving for Uber and requires this modification to allow him to take passengers to the western part of the State.

Respectfully submitted,

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8733

Cc:   AUSA Vlad Vainberg, Esq.