```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :      TRANSPORTATION ORDER

      - v -                       :      21 Cr. 259 (LJL)

TIMY HAKIM,                       :

                  Defendant.      :

------------------------------------x
```

Upon the application of **Timy Hakim**, by his attorney, **Ian Marcus Amelkin, Esq.**, Federal Defenders of New York, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that Pretrial Services furnish Timy Hakim with funds to cover the cost of travel between Newark, New Jersey and Dearborn Heights, Michigan, to travel on Tuesday, October 25, 2022; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by Pretrial Services.

Dated:  New York, New York          SO ORDERED:
        October 19, 2022

                                    _____
                                    The Honorable Lewis J. Liman
                                    United States District Judge