UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA           :      **AMENDED TRANSPORTATION ORDER**

    - v -                          :      21 Cr. 259 (LJL)

TIMY HAKIM,                        :

              Defendant.         :

------------------------------------x

Upon the application of **Timy Hakim**, by his attorney, **Ian Marcus Amelkin, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Timy Hakim with funds to cover the cost of travel between Dearborn Heights, Michigan and Newark, New Jersey, to travel on Sunday, October 23, 2022 to arrive before 1 PM; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York          SO ORDERED:
       October 20, 2022

                                              _____
                                              The Honorable Lewis J. Liman
                                              United States District Judge