```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA          :    AMENDED TRANSPORTATION ORDER

        - v -                     :    21 Cr. 259 (LJL)

TIMY HAKIM,                       :

                Defendant.        :

------------------------------------------------------------x
```

LEWIS J. LIMAN, United States District Judge:

It is HEREBY ORDERED that Pretrial Services are no longer required to furnish Timy Hakim with funds to cover the cost of travel between Newark, New Jersey and Dearborn Heights, Michigan, to travel on Tuesday, October 25, 2022.

Dated   New York, New York            SO ORDERED:
        October 21, 2022

                                      _____
                                      The Honorable Lewis J. Liman
                                      United States District Judge