# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 30, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Court approves the modification to Mr. Hakim's bail conditions to permit him to travel as proposed.
>
> 11/30/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**RE: United States v. Timy Hakim**
    **21 Cr. 259 (LJL)**

Dear Judge Liman:

I write with the consent Pretrial Services to respectfully request the Court modify Mr. Hakim's bail conditions as follows:

1) Mr. Hakim to travel from his home in Michigan to the Western District of Tennessee and all points in between for the purposes of travel from December 20 to 26, 2022. Mr. Hakim and his family will be visiting his niece and her family along with his parents, brothers, partner, child, and extended family for the holidays. Mr. Hakim will provide his officer with the address of where he is staying and his family's driving itinerary.

The Government defers to Pretrial on this request. Thank you for the Court's consideration.

Respectfully submitted,

s/
Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Vlad Vainberg, Esq.