**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 1, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court amends its previous order modifying Mr. Hakim's bail conditions to permit him to travel as proposed in this letter.

12/1/2022  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**RE:     United States v. Timy Hakim**
         **21 Cr. 259 (LJL)**

Dear Judge Liman:

    With apologies to the Court, I write to respectfully request the Court amend its order allowing Mr. Hakim to travel from his home in Michigan to the Western District of Tennessee and all points in between for the purposes of travel from December 20 to 26, 2022 to the Eastern District of Tennessee. All other aspects of the trip remain unchanged. Thank you for the Court's consideration.

Respectfully submitted,

s/ Ian Marcus Amelkin
Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:     AUSA Vlad Vainberg, Esq.