# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

January 24, 2023

**VIA ECF**

Request granted in part and denied in part.
Bail is modified to permit Mr. Hakim's electronic monitor to be removed in advance of the MRI he has scheduled for June 30, 2023, subject to coordination with Pretrial Services to determine when it is necessary for the bracelet to be removed and when the MRI has concluded sufficient for the monitor to be placed back on. The request is otherwise denied.

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  **United States v. Timy Hakim**
     **21 Cr. 259 (LJL)**

1/25/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

I write with the consent of the Government and Pretrial Services to respectfully request the Court modify Mr. Hakim's bail conditions as follows:

1) Remove Mr. Hakim's electronic monitor in advance of an MRI he will have done on January 30, 2023 for his upcoming surgery. Mr. Hakim will coordinate with Pretrial to determine when to remove the bracelet and when to put it back on.

Additional, Mr. Hakim's Pretrial Officer suggests that because of his continued compliance, multiple successful trips of state, the fact that his partner and daughter now live with him in the United States, the defense requests and Pretrial consents to:

1) Removing the condition of curfew with electronic monitoring. The Government opposes this request.

Respectfully submitted,

s/

Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:  AUSA Vlad Vainberg, Esq.