**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 30, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:   United States v. Timy Hakim**
       **21 Cr. 259 (LJL)**

Dear Judge Liman:

    I write with the consent of the Government to respectfully request the Court adjourn Mr. Hakim's June 7, 2023 sentencing for at least 60 days. Mr. Hakim's surgeon had to postpone his surgery to late May, and he will be in no condition to travel in June. I will be on trial the first week of August and then vacation for the last two weeks, so I respectfully suggest a date soon after Labor Day for the sentencing.

Respectfully submitted,

s/ *[signature]*

Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Vlad Vainberg, Esq.