**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court approves the temporary modification to Mr. Hakim's bail conditions as proposed.

5/9/2023  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**RE:  United States v. Timy Hakim**
     **21 Cr. 259 (LJL)**

Dear Judge Liman:

I write with the consent of Pretrial Services and the Government to temporarily modify Mr. Hakim's bail as follows:

1) Mr. Hakim is set to have surgery on May 23, 2023. Pretrial services will remove Mr. Hakim's tether at least a day prior to the surgery and be replaced at a time coordinated by Pretrial Services, but not later than June 6, 2023. Mr. Hakim will notify Pretrial Services within 48 hours after he is discharged from the hospital following his surgery, and periodically thereafter as directed by Pretrial Services.

Respectfully submitted,

s_____
Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:    AUSA Vlad Vainberg, Esq.