

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2023

<div style="color:blue">
REQUEST GRANTED.
The temporary modification to Mr. Hakim's bail conditions is approved as proposed.

6/5/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge
</div>

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Hakim, 21 Cr. 259 (LJL)

Dear Judge Liman:

The defense writes with the consent of the Government and Pretrial Services to extend the time Mr. Hakim's location monitoring tether is removed until July 7, 2023 to facilitate follow-up MRIs and rehab that includes aqua therapy following his surgery. Thank you for the Court's continued consideration.

Respectfully submitted,

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8733

Cc:   AUSA Stephanie Lake, Esq.