# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 5, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**REQUEST GRANTED.**
The Court approves the temporary modification to Mr. Hakim's bail as proposed.

7/6/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**RE:   United States v. Timy Hakim**
         **21 Cr. 259 (LJL)**

Dear Judge Liman:

I write with the consent of Pretrial Services and the Government to temporarily modify Mr. Hakim's bail as follows:

1) To extend the time Mr. Hakim's location monitor is removed for him to continue his water-based rehabilitation. Rather than continue to involve the Court, the parties suggest the Court order the tether be removed due to Mr. Hakim's medical necessity until a date agreed upon between Mr. Hakim, Pretrial Services, and the Government.

Thank you for the Court's consideration.

Respectfully submitted,

s_____
Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Vlad Vainberg, Esq.