**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 22, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court approves the temporary modification to Mr. Hakim's bail conditions to allow him to travel as proposed.

8/23/2023  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**RE:   United States v. Timy Hakim**
    21 Cr. 259 (LJL)

Dear Judge Liman:

     I write with the consent of the Government and Pretrial to request the Court temporarily modify Mr. Hakim's bail conditions to allow him to travel from his home in Michigan to the Northern District of Ohio (and all points in between) from August 24, 2023 to August 27, 2023 to visit his sister and her family. Thank you for the Court's consideration.

Respectfully submitted,

s/

Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Vlad Vainberg, Esq.