**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 28, 2023

**VIA ECF**

<span style="color:blue">REQUEST GRANTED.
The Court approves the temporary modification to Mr. Hakim's bail conditions to allow him to travel as proposed.</span>

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

8/28/2023  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**RE:   United States v. Timy Hakim
21 Cr. 259 (LJL)**

Dear Judge Liman:

    Mr. Hakim's daughter was sick this weekend. As such, they were not able to go on their trip. I write with the consent of the Government and Pretrial to request the Court temporarily modify Mr. Hakim's bail conditions to allow him to travel from his home in Michigan to the Northern District of Ohio (and all points in between) instead over Labor Day weekend, September 1 to 4, 2023, to visit his sister and her family. Thank you for the Court's consideration.

Respectfully submitted,

s/
Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Vlad Vainberg, Esq.