```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA            :   **TRANSPORTATION ORDER**

        -  v  -                     :   21 Cr. 259 (LJL)

Timy Hakim,                         :

                Defendant.   :

-----------------------------------x
```

Upon the application of **Timy Hakim**, by his attorney, **Ian Marcus Amelkin**, **Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Timy Hakim with funds to cover the cost of travel between Dearborn Heights, Michigan and New York, New York, for Mr. Hakim's court appearance, scheduled for September 27, 2023, at 11:00 AM, it is hereby

**ORDERED** that Mr. Hakim arrive in New York on the evening of September 26, 2023; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          SO ORDERED:
          September 21, 2023

                                    _____
                                    HONORABLE LEWIS J. LIMAN
                                    United States District Judge