UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
     :
UNITED STATES OF AMERICA,     :
     :
    -v-     :    21-CR-259 (LJL)
     :
TIMY HAKIM,     :    <u>ORDER</u>
     :
    Defendant.     :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Sentencing in this case is scheduled for September 27, 2023. The defense shall inform the Court no later than September 25, 2023, whether it requests a Fatico hearing with respect to any of the factual assertions or evidentiary detail in the Government's sentencing submission.

    SO ORDERED.

Dated: September 22, 2023
       New York, New York

                                                     LEWIS J. LIMAN
                                                United States District Judge