UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                                    :          21-CR-259 (LJL)
:
TIMY HAKIM,                                            :          <u>ORDER</u>
:
Defendant.                      :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the letter from defense counsel indicating that neither party requests a Fatico hearing.  Accordingly, the Court will proceed to sentencing tomorrow September 27, 2023, without a Fatico hearing.  The parties should be prepared to address the inferences the Court should draw from the evidence as well as the appropriate sentence in this case, including whether – in lieu of or in addition to a further period of incarceration – the Court should or may impose a period of home detention.

      SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                                     LEWIS J. LIMAN
                                              United States District Judge