# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 26, 2024

**VIA ECF**

REQUEST DENIED.
The motion to modify bail conditions is denied as
Defendant has not shown that, if bail is modified,
he is not likely to flee.

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

4/26/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**RE:   United States v. Timy Hakim**
       **21 Cr. 259 (LJL)**

Dear Judge Liman:

I write to respectfully request the Court temporarily modify Mr. Hakim's bail conditions to allow him to travel from his home in Michigan to Orlando, Florida (and all points in between) from May 23, 2024 to May 27, 2024 to travel with his family during Memorial Day weekend. Mr. Hakim's family is planning a trip to Disney World and he is hoping to take his 7-year-old daughter on a trip before his voluntary surrender on June 25, 2024.

Pretrial Services in the Eastern District of Michigan, where Mr. Hakim is being supervised, has no objection to this request. Pretrial in the Southern District of New York takes no position, and the Government has not responded with their position. Mr. Hakim will provide his travel itinerary and lodging information to Pretrial in advance. Thank you for the Court's consideration.

Respectfully submitted,

s/_____
Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Vlad Vainberg, Esq.