# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 18, 2025

**VIA ECF**

**REQUEST GRANTED.**
**The defendant may work in both the Eastern and Western Districts of Michigan.**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

7/18/2025    SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

**RE:   United States v. Timy Hakim**
         **21 Cr. 259 (LJL)**

Dear Judge Liman:

     Mr. Hakim is nearing his release from a halfway house to begin his period of six months' home detention. I write at the suggestion of his Probation Officer in Michigan to request the Court clarify that during his term of supervision, Mr. Hakim may work in both the Eastern and Western Districts of Michigan. Mr. Hakim intends to return to driving for Lyft and Uber when he is released from the halfway house. The Government does not oppose this request.

                                               Respectfully submitted,

                                               s/ *[signature]*
                                             Ian Marcus Amelkin, Esq.
                                             Assistant Federal Defender
                                             (212) 417-8733

cc:   AUSA Vlad Vainberg, Esq.