UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,          :
:
-v-                      :          21-CR-259-1 (LJL)
:
TIMY HAKIM,                        :          ORDER
:
Defendant.           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The request for modification of Mr. Hakim's supervised release to permit him to travel to an awards ceremony for his high school wrestling coach is denied. The Court considers the nature and circumstances of the offense and the interests of deterrence, including general and specific deterrence. 18 U.S.C. 3583(e)(2). Mr. Hakim's crime was a serious one. It would be inconsistent with the nature of his offense and the interests of deterrence to grant the requested modification.

    SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                                  LEWIS J. LIMAN
                                        United States District Judge